| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

SHIRLEY MOSS, §
§
      Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:10-CV-647
§
GEOVERA SPECIALTY §
INSURANCE COMPANY, §
§
      Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered October 18, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties agreed motion, and remand this case to the 172nd Judicial District Court of Jefferson County, Texas.

The magistrate judge's report is hereby **ADOPTED**, and the parties' "Agreed Motion to Remand to State Court" (Docket No. 4) is **GRANTED**. The purpose of the referral having been served, it is further

    **ORDERED** that the reference to the magistrate judge is **VACATED**.

    An order remanding this action will be filed separately.

    SIGNED at Beaumont, Texas, this 23rd day of November, 2010.

                                                          */s/ Marcia A. Crone*
                                                         MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE